**Donald D. duBoulay**                   **305 Broadway, Suite 310**
   Attorney at Law                          New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:     dondubesq@aol.com

June 12, 2026

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Norberto Pena Brito et., al.
           (Angel Heredia Perez )

       26 Cr. 216 (DLC)

Dear Judge Cote:

       I represent Angel Heredia Perez in the above-mentioned matter. Mr. Perez was arraigned on this matter on June 9, 2026, and released on specified conditions. One of the conditions of his release is that he is subject to home confinement with an allowance to seek employment. Mr. Perez is engaged to be married and has an appointment to be married on June 18, 2026, in a civil ceremony at the Bronx Supreme Court, located at 851 Grand Concourse, Bronx New York.

       I write with the consent of the Government and Probation, to respectfully request that Mr. Perez be permitted to attend the wedding ceremony. The parties have agreed that Mr. Perez be allowed to leave his house at 10:00 a.m. and return by 7:00 p.m. on June 18th , 2016.

       Therefore, it is respectfully requested that the court authorize this brief modification of release bond to allow Mr. Perez to get married on June 18, 2026.

Granted.
*[signature]* 6/12/26

                                     Respectfully submitted,

                                       /s/ Donald duBoulay

cc: Counsel of record