USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/16/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

**-against-**

**ANGEL HEREDIA PEREZ,**

**Defendant.**

---------------------------------------------------------------X

**1:26-CR-00216-RA-6**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

IT IS HEREBY ORDERED that the defendant's bail be modified to include:

- Defendant to be allowed to communicate with co-defendant Jholkis Melenciano Colon outside the presence of counsel, however, they must refrain from discussing their cases and the instant offense.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED: October 16, 2026
New York, New York