**Donald D. duBoulay**
Attorney at Law

**305 Broadway, Suite 310**
New York, NY 10007

Telephone: (212) 966-3970
Fax: (212) 941-7108
E-mail: dondubesq@aol.com

November 20, 2026

The Honorable Ronnis Abrams
The Honorable Sarah Netburn
United States District Judges
Thurgood Marshall Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 20, 2026

Re: United States v. Angel Heredia Perez
26 Cr. 216 (RA)

Dear Judge Abrams:

I write with the consent of the Government and Pretrial services to respectfully request that Mr. Heredia Perez be permitted to attend a thanksgiving dinner at the residence of his grandmother on Thursday November 26, 2026.

Mr. Heredia's grandmother resides in an apartment in the same building that Angel resides in, but on a higher floor. I also respectfully request that his pre-trial services officer set the times that Mr. Heredia Perez may attend the festivities.

If the Court has any questions, I can be reached at (212) 966 3970.

Respectfully submitted,

_/s/ Donald duBoulay

cc: AUSA Robert Ruff (via ECF)
Dominque Jackson, Pretrial Services Officer